UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILLER,<br><br>                    Plaintiff,<br><br>v.<br><br>HAREDIM CONSULTING, INC.; and DOES 1-10, inclusive<br><br>                    Defendants. | Case No. 1:19-cv-01474<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:   COURT CLERK
      UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant Haredim Consulting, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Rayminh L. Ngo in support.

Dated:  January 15, 2020                        Respectfully submitted,

                                                **/s/ *Rayminh L. Ngo***
                                                Rayminh L. Ngo, Esq.
                                                *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

X   On the date of execution of this declaration, I caused to be served the foregoing **Request for Certificate of Default; Affirmation of Rayminh L. Ngo In Support of Request for Certificate of Default;** and **[Proposed] Certificate of Default** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

**HAREDIM CONSULTING, INC.**
**ATTN: ALLSTATE CORPORATE SERVICES CORP.**
     **registered agent**
**99 Washington Avenue, Suite 1008.**
**ALBANY, NEW YORK, 12260**

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system.
Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on January 15, 2020, at Salt Lake City, Utah.

                                        **/s/ *Rayminh L. Ngo***
                                        Rayminh L. Ngo, Esq.
                                        *Counsel for Plaintiff*