Rayminh L. Ngo, NDNY #519997
**Higbee & Associates (of Counsel)**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617- 8350
(714) 597-6559 facsimile
rngo@higbeeassociates.com
*Counsel for Plaintiff*
ROBERT MILLER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILLER, | Case No. 1:19-cv-1474-(GTS/DJS) |
| Plaintiff, | |
| v. | |
| HAREDIM CONSULTING, INC.; and DOES 1-10, inclusive | |
| Defendants. | |

## CLERK'S ENTRY OF DEFAULT AS TO
## DEFENDANT HAREDIM CONSULTING, INC.

According to the official Court file in the above-captioned action, the

Complaint of Plaintiff Robert Miller ("Plaintiff") was filed on November 26,

2019, in the office of the United States District Clerk for the Northern

District of New York ("Clerk"), against Defendant Haredim Consulting, Inc.

("Defendant"), Civil Action 1:19-cv-1474(GTS/DJS).

Service of the Complaint was made upon Defendant on December 18,

2019 pursuant to Fed. R. Civ. P. 4(h)(1)(A). The executed service of the Summons and Complaint upon Defendant was filed with the Court on January 14, 2020. *See* ECF Docket #6.

As of the date of this entry, no answer has been field with the Clerk on behalf of Defendant, nor has Defendant otherwise defended herein.

WHEREFORE the default of Defendant Haredim Consulting, Inc. is hereby entered on this _____ day of _____, 2020.

_____
Clerk, United States District Court
Northern District of New York