# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILLER,<br><br>                Plaintiff,<br><br>v.<br><br>HAREDIM CONSULTING, INC.; and DOES 1-10, inclusive<br><br>                Defendants. | Case No. 1:19-cv-01474 (GTS/DJS)<br><br>**CERTIFICATE OF DEFAULT** |

      I, _____, Clerk of the Court of the United States District Court for the Northern District of New York, do hereby certify that the Defendant Haredim Consulting, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Haredim Consulting, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, 2020
_____, New York

                                    _____, Clerk of the Court

                                      By:_____
                                              Deputy Clerk