Rayminh L. Ngo, NDNY# 519997
**HIGBEE & ASSOCIATES (Of Counsel)**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
rngo@higbeeassociates.com
*Counsel for Plaintiff,*
ROBERT MILLER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>HAREDIM CONSULTING, INC.; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:19-cv-01474(GTS/DJS)<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION; DECLARATION OF RAYMINH L. NGO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff Robert Miller ("Plainitff") hereby moves for a default judgment against Defendant Haredim Consulting, Inc. ("Defendant"), in the form of an award of statutory damages pursuant to the Copyright Act in the amount of $8,500, an award of statutory damages pursuant to the Digital Millenium Copyright Act in the amount of $7,500, a permanent injunction restraining Defendant from further infringing Plaintiff's copyright and an award of

attorneys' fees and costs in the amount of $1,825 for fees and $510 for filing and process costs.

This motion is supported by the memorandum of law, declaration of Rayminh L. Ngo in support thereof, the default entered by the Clerk of this Court on file herein (Dkt #8.), the proposed form of default judgment and proposed order of permanent injunction filed herewith, upon such memoranda, declarations, and exhibits as Plaintiff may file subsequently, and all of the relevant papers and pleadings on file with the Court in this matter.

Pursuant to Local Rule 7.1 the Plaintiff requests that this motion be heard on April 7, 2020 at 10:00 AM or at any other time requested by the Court.

Dated: February 17, 2020                                Respectfully submitted,

                                                   /s/ Rayminh L. Ngo

                                                  Rayminh L. Ngo, Esq.
                                                      NDNY #519997
                                                **HIGBEE & ASSOCIATES**
                                             1504 Brookhollow Dr., Ste 112
                                                 Santa Ana, CA 92705-5418
                                                         (714) 617-8350
                                                   (714) 597-6729 facsimile
                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

X       On the date of execution of this declaration, I caused to be served the foregoing **Notice of Motion and Motion for Default Judgment; [Proposed] Order Granting Plaintiff's Motion for Default Judgment;** and **Declaration of Rayminh L. Ngo in Support of Plaintiff's Motion for Default Judgment** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Haredim Consulting, Inc.
ATTN. REGISTERED AGENT: Allstate Corporate Services Corp.
One Commerce Plaza
99 Washington Avenue, Suite 1008
Albany, NY 12260

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system.
Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 17, 2020, at Santa Ana, California.

/s/ **Rayminh L. Ngo**
Rayminh L. Ngo, Esq.
*Counsel for Plaintiff*