Rayminh L. Ngo, NDNY# 519997
**HIGBEE & ASSOCIATES (Of Counsel)**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
rngo@higbeeassociates.com
*Counsel for Plaintiff,*
ROBERT MILLER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MILLER, <br><br> Plaintiff, <br><br> v. <br><br> HAREDIM CONSULTING, INC.; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 1:19-cv-01474(GTS/DJS) <br><br><br> **PROPOSED FORM OF DEFAULT JUDGMENT** |

### DEFAULT JUDGMENT AGAINST DEFENDANT HAREDIM CONSULTING, INC.

This case is before the Court on Plaintiff's ("Plaintiff") Motion for Entry of Default Judgment ("Motion") [Dkt # ___ ], seeking default judgment against Defendant Haredim Consulting, Inc. ("Defendant"). The Clerk of the Court for the Northern District of New York entered the default of Defendant Haredim Consulting, Inc. on January 16, 2020 [Dkt #8].

At this time, Plaintiff seeks Default Judgment against Defendant Haredim

Consulting, Inc. in the amount of $16,000 plus post-judgment interest pursuant to 28 U.S.C. § 1961, and plus attorneys fees and costs.

The Plaintiff's Motion was properly served on Haredim Consulting, Inc. on December 10, 2019. Having considered all matters of record, the arguments of counsel, all responses and replies, if any, and the applicable legal authorities, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion [DKT # \_\_\_\_\_ ] is GRANTED in all respects. It is further

**ORDERED, ADJUGED, AND DECREED** that default judgment is hereby rendered in favor of the Plaintiff against Defendant Haredim Consulting, Inc. in the amount of _____ (the "Judged Amount").

**ORDERED, ADJUGED, AND DECREED** that attorney fees and costs are hereby rendered in favor of the Plaintiff against Defendant Haredim Consulting, Inc. in the amount of _____ (the "Attorney Fees") and _____ (the "Costs").

**ORDERED, ADJUDGED, AND DECREED** that post-judgment interest shall accrue that the rate of \_\_\_\_\_% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Default Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant Haredim Consulting, Inc. to the Plaintiff. It is further

**ORDERED, ADJUDGED, AND DECREED** that Defendant Haredim Consulting, Inc. immediately cease all use of Plaintiff's copyrighted work as

complained by Plaintiff. It is further

**ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Default Judgment.

There being no just reason for delay in the entry of this Default Judgment, the Court hereby directs the clerk to enter judgment as to Defendant Haredim Consulting, Inc. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

SIGNED at New York, NY this _____ day of _____, 20\_\_\_.

_____
GLEN T. SUDDABY
CHIEF UNITED STATES
DISTRICT JUDGE